UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No.  4:23 MJ 89 DDN |
| v. | ) |
| MARTEZ JOSEPH, | ) |
| Defendant. | ) |

## **MOTION FOR PRETRIAL DETENTION**

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1.     A complaint has been filed against the Defendant charging him with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

2.     According to St. Louis Metropolitan Police Department ("SLMPD"). On February 10, 2023, officers of the St. Louis Metropolitan Police Department (SLMPD) were on patrol in the area of Breman Avenue and N. 25th Street, in the City of St. Louis, which in the Eastern District of Missouri. Officers initiated a traffic stop on a blue Ford Mustang, for a local traffic violation, and were able to curb the vehicle. As the officers were exiting their vehicle, the Defendant, who was later identified as driving the blue Ford Mustang accelerated away from them at a high rate of speed. Officers advised dispatch the vehicle description and the last known direction of travel. The

Defendant lost control of the vehicle and struck the curb at 4414 N. Florissant Ave. Then, the Defendant exited the vehicle with a blue backpack in hand and fled on foot. While fleeing, the Defendant discarded a loaded Ruger firearm and the blue backpack. The Defendant attempted to jump a wrought iron fence leading to E. Grand, but an officer deployed a Taser, which made contact. The Defendant continued struggling, but ultimately, was taken into custody.

3.  Officers located the firearm and the blue backpack. A search of the backpack revealed a large clear plastic bag containing a cloudy rock like substance which is believed to be suspected methamphetamine, plastic bags, and a scale. A search of the vehicle revealed a pill bottle containing suspected narcotics.

4.  The Defendant is currently on supervised release in the Southern District of Illinois for multiple counts of Possession of with Intent to Distribute Methamphetamine. The Defendant was released from BOP custody on December 16, 2022.

5.  There is a serious risk that the Defendant will flee, given the Defendant's flight from law enforcement in this case and the potential sentence the defendant faces in this case.

6.  The defendant's criminal history and the nature and circumstances of the offense charged, reflect that there is a serious danger to the community that would be posed by the defendant's release.  Further, there are no conditions or combination of conditions that will reasonably assure the defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Jennifer Szczucinski*

JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney
111 S. 10th Street, Room 20.388
St. Louis, Missouri  63102
(314) 539-2200

Case: 4:23-cr-00054-SRC-PLC   Doc. #:  4   Filed: 02/11/23   Page: 3 of 3 PageID #: 10